UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LEMOCK BELLOT, | ) | Case No. 2:26-cv-01051-WLH-DTB |
| | ) | |
| Petitioner, | ) | **ORDER TO SHOW CAUSE** |
| | ) | **REGARDING FAILURE TO** |
| v. | ) | **UPDATE ADDRESS AND FAILURE** |
| | ) | **TO PAY FILING FEE OR SUBMIT** |
| BRIAN BIRKHOLZ, | ) | **REQUEST TO PROCEED** |
| | ) | **WITHOUT PREPAYMENT OF** |
| Respondent. | ) | **FILING FEE** |

On January 29, 2026, petitioner Lemock Bellot ("Petitioner") filed a Petition for Writ of Habeas Corpus herein. (Docket No. 1). On February 4, 2026, the Court issued a Notice re: Discrepancies in Filing of Habeas Corpus Petition ("Notice"). (Docket No. 2). Petitioner was advised that he did not pay the appropriate filing fee of $5.00. Petitioner was further informed that if he was unable to pay the entire filing fee, he must sign and complete the Court's Request to Proceed Without Prepayment of Filing Fees with Declaration in Support. Petitioner was admonished that his failure to respond within 30 days could result in the dismissal of this action.

On February 23, 2026, the Court's Notice was returned from the institution marked as "Return to Sender Attempted – Not Known Unable to Forward." (Docket

1

No. 5).  A review of the Federal Bureau of Prisons Inmate Locator[1] reveals that Petitioner is currently housed at FCI Lompoc II.

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  Central District of California Local Civil Rule 41-6. Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Civil Rules.  Petitioner may alternatively file a Notice of Change of Address and either pay the filing fee or file a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support to discharge this Order to Show Cause.  Petitioner's response is due no later than **April 6, 2026.**

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Civil Rules.**

The Clerk is directed to provide Petitioner with a copy of this Order to Show Cause at his current place of incarceration, *i.e.*, FCI Lompoc II, FEDERAL CORRECTIONAL INSTITUTION, located at 3901 KLEIN BLVD LOMPOC, CA  93436.

Dated: _____March 5, 2026_____

_____
DAVID T. BRISTOW
United States Magistrate Judge

---

[1] https://www.bop.gov/inmateloc/;jsessionid=EF18B96BE13746A2D44C12B8D672DCA5